UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **WAVELAND SERVICES, INC.** | **CASE NO. 6:19-CV-01211** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **MARLIN MCCLURE** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons provided in the accompanying Memorandum Ruling,

**IT IS HEREBY ORDERED, ADJUDGED,** and **DECREED** that the Motion to Dismiss [doc. 10] be **GRANTED IN PART** and **DENIED IN PART** and that this matter be **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on this 26th day of December, 2019.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE